UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

FILED
DEC 2 4 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Jonathan Lee Riches©,
Plaintiff
V.

CIVIL NO: 07-5478

Viagra; Cialis; Levitra; ForExtenze.com; MagnaRXtra.com; PajamaGram.com; megamates.com; Viamedic.com; Liberator.com; zyrexin.com; extratdx.com; accessRX.com; Amerimedrx.com; Athenainstitute.com; Extenzemetoday.com; GaryBrodsky.com; BFmgo.com; getbiggertoday.com; AdamEVEBlack.com,
Defendants

## Complaint

42 USC 1983 / Sexual Harassment / TRO Temporary Restraining order =

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983, Plaintiff seeks $30 million dollars. Defendants have been offending me with their Advertisements in magazine and Radio, This is sexual haresment. Defendants don't put a warning label on their commercials. I watch T.V. during the day, Defendants are using sex to make money. Also Defendants are encouraging homosexuality in federal prisons, using Subliminal messaging. Viagra is Ruining the minds of Children. Defendants plan to advertise during the Superbowl, the Audience is family oriented, I move for a Restraining Order. I have a RollingStones magazine, I was not warned of sexual content in the back, where defendants advertise. This has cause me nerve damage. I'm a born again christian, this is unconstitutional, I should not be subjected to this Pornography.

Jonathan Lee Riches©
#40948-018
FCI williamsburg       843-387-9400       Respectfully
P.O. Box 340                               submitted
Salters, S.C. 29590

Jonathan Lee Riches©